1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Mejia-Solano

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj2182 |
| | ) | |
| 12       Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| 14 **ABEL MEJIA-SOLANO,** | ) | |
| | ) | |
| 15       Defendant. | ) | |
| | ) | |

16

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney,

19 in the above-captioned case.

20                                                                            Respectfully submitted,

21 Dated: July 28, 2008                                           *s/ Bridget Kennedy*
                                                                                Federal Defenders of San Diego, Inc.
22                                                                            *bridget_kennedy@fd.org*

1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Mejia-Solano

7
8                          UNITED STATES DISTRICT COURT
9                          SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,       )   Case No. 08mj2182
                                            )
12             Plaintiff,                 )
                                            )
13 v.                                    )   PROOF OF SERVICE
                                            )
14 **ABEL MEJIA-SOLANO,**                 )
                                            )
15             Defendant.                )
                                            )
16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20             **United States Attorney**
               efile.dkt.gc1@usdoj.gov
21
22 Dated: July 28, 2008                               *s/ Bridget L. Kennedy*
                                                           **BRIDGET L. KENNEDY**
23                                                     Federal Defenders of San Diego, Inc.,
                                                    225 Broadway, Suite 900
24                                                     San Diego, CA 92101-5030
                                                    (619) 234-8467  (tel)
25                                                     (619) 687-2666  (fax)
                                                    e-mail:bridget_kennedy@fd.org
26
27
28